# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL R. FARRIS          JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,          CASE NUMBER: C07-5037RJB
Commissioner of Social Security

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Based on the stipulation of the parties, this matter is REVERSED and REMANDED for further proceedings under sentence four of 42 U.S.C. sec. 405(g).

   July 12, 2007                                        BRUCE RIFKIN
                                                          Clerk

                                                          /s/Dara L. Kaleel
                                                          By Dara L. Kaleel, Deputy Clerk